ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 0 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 02-00395ACK-01 |
| ) | |
| JOHN HAVEN MOORE ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named defendant has requested that he be permitted to leave the jurisdiction of the United States and travel to Thailand, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named defendant be permitted to leave the jurisdiction of the United States and to travel to Thailand, provided that the defendant receive prior approval from the Probation Office and the defendant's stay in Thailand does not extend beyond thirty (30) days.

Dated: November 16, 2006 at Honolulu, Hawaii.

_____
ALAN C. KAY
Senior U.S. District Judge