Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 9 2007

at 8 o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                 Criminal No. CR 02-00395ACK-01

JOHN HAVEN MOORE

On 6/22/2004, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 3 years months of supervision.

Respectfully submitted,

_____
J. MARTIN ROMUALDEZ
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 14th day of June, 2007.

_____
ALAN C. KAY
Senior U.S. District Judge